23 F.3d 403
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 UNITED STATES of America, Plaintiff Appellee,
v.
Roosevelt BUTLER, Jr., Defendant Appellant.
 No. 93-6679.
 United States Court of Appeals, Fourth Circuit.
 Submitted April 21, 1994.
Decided May 5, 1994.
 
 Appeal from the United States District Court for the District of South Carolina, at Greenville. Dennis W. Shedd, District Judge. (Cr-84-275-6, CA-91-1410-6)
 Roosevelt Butler, Jr., Appellant pro se.
 David Jarlath Slattery, Assistant United States Attorney, Columbia, South Carolina, for Appellee.
 Before ERVIN, Chief Judge, MICHAEL, Circuit Judge, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. Sec. 2255 (1988) petition. Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. United States v. Butler, Nos. CR-84-275-6; CA-91-1410-6 (D.S.C. June 15, 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED